# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

136109

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

AARON FLETCHER LEAPHEART,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136109
COA: 276694
Wayne CC: 06-100086
36th DC: 06-066151

On order of the Court, the application for leave to appeal the February 26, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
Clerk

p0519